# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BARBARA RUSSELL

Plaintiff,

-v-

HEARTLAND EXPRESS, INC. and
BENJAMIN R. OSMON,

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Heartland Express Inc. of Iowa, s/h/a Heartland Express, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Heartland Express, Inc., parent company of Heartland Express Inc, of Iowa, is publicly traded (NASDAQ: HTLD).

Date: November 6, 2007

Signature of Attorney

Attorney Bar Code: JL2569

Form Rule7_1.pdf  SDNY Web 10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA RUSSELL,

                               Plaintiff,

-against-

HEARTLAND EXPRESS, INC. and
BENJAMIN R. OSMON,

                               Defendants.

## F.R.C.P. RULE 7.1 STATEMENT

LAW OFFICES OF JOHN C. LANE
Attorneys for Heartland Express, Inc. of Iowa, s/h/a Heartland Express, Inc.
and Benjamin R. Osmon
The Grace Building
191 Godwin Avenue
Wyckoff, New Jersey 07481
201-848-6000

To:
Attorney(s) for Defendant

Service of a copy of the within        is hereby admitted.
DATED:

                               -----------------------------------------
                               Attorney(s) for

Sir:- Please take notice
NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on      20
NOTICE OF SETTLEMENT
that an order     of which the within is a true copy will be presented for settlement to the
HON.     one of the judges of the within named court, at     on  20  at
  M.
DATED:                         Yours, etc.

                             **JOHN C. LANE, ESQ.**
                             Attorney for Defendant
                             The Grace Building
                             191 Godwin Avenue
                             Wyckoff, New Jersey 07481
                             201-848-6000