## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

JENNIFER L. ENBERG, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Sparta, New Jersey.

On November 12, 2007, I served the within **NOTICE OF REMOVAL OF ACTION** upon the attorneys listed below at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New Jersey.

Michael T. Ridge, Esq.
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, New York 10451
718-590-5400

_____
JENNIFER L. ENBERG

Sworn to before me this
12th day of November 2007

_____
NOTARY PUBLIC

JOHN C. LANE
Notary Public, State of New York
No. 02LA4692560
Qualified in New York County
Commission Expires Sept. 30, 2009