John C. Lane*†
Peter C. Bobchin*

Jean A. Di Paolo*
Katherine M. Romanek**

* Admitted in NJ & NY
** Admitted in NY
† Also admitted in VA

Paralegals
Elizabeth C. Brevetti
Jennifer L. Enberg

Law Offices
**JOHN C. LANE**
The Grace Building
191 Godwin Avenue
Wyckoff, New Jersey 07481
201-848-6000
Fax: 201-848-6808
Email: law@jclane.com
www.thelanelawfirm.com

USDNY
DOCUMENT
\_\_\_LY FILED

APR 14 2008

New York Office:

PMB 46013
140 Broadway, 46th Floor
New York, NY 10005
212-363-8048

Reply to: NJ

April 11, 2008

**SO ORDERED**

*Via Fax (212) 805-6737*

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse, Room 630
500 Pearl Street
New York, New York 10007-1312

*[signature]*
**HON. GEORGE B. DANIELS**

APR 14 2008

Re:   *Barbara Russell v. Heartland Express, Inc., et al.*
       S.D.N.Y., Case No. 1:07 CV 9878 (GBD) (AJP)
       Our File    :    HLE.1858

Dear Judge Daniels:

Please allow this correspondence to serve as defendants' request, on consent, to extend the discovery end date in this matter from May 8, 2008, by sixty days, to July 8, 2008 to allow the parties to complete discovery in this matter.

Discovery in this matter has been delayed because of ongoing settlement negotiations, which began shortly after the initial scheduling conference of February 7, 2008. Once it was apparent that a settlement could not be reached at this time, discovery continued. Despite the efforts of both parties, the plaintiff's medical providers have been slow in forwarding plaintiff's complete medical records. Thus, we have not been able to hold an independent medical examination or conduct plaintiff's deposition. Plaintiff's deposition had been scheduled for February 13, 2008, adjourned to March 10, 2008, and adjourned to April 14, 2008. It is now scheduled for May 14, 2008. While we have some of plaintiff's medical records, plaintiff's chief treating physician, Dr. Enrique Davis of Bridge Chiropractic, still owes us his records. They say those records are voluminous and are finally being sent out today. We requested them much earlier.

Hon. George B. Daniels  
April 11, 2008  
Page 2

Law Offices

John C. Lane

    We will continue in our diligent efforts to complete discovery in a timely manner, but respectfully request a sixty day extension to complete same.

    Thank you for your courtesy.

Respectfully,

Jean A. DiPaolo

JAD:kal

cc:    Michael Ridge, Esq. (*Via fax 718-681-0285*)