UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Barbara Russell

         Plaintiff,

-v-

Heartland Express Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2008

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 CV 9878 (GBD)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

___ Inquest After Default/Damages Hearing

note: Defendant is conceding liability.

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:____

Dated 6/12/08

SO ORDERED:

*George B. Daniels*
United States District Judge