RECEIVED
JUN 19 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BARBARA RUSSELL,

         Plaintiff,

-against-

HEARTLAND EXPRESS, INC. and
BENJAMIN R. OSMON,

         Defendants.
-------------------------------------------------------X

Civil Action No.
07-CV-9878 (GBD) (AJP)

STIPULATION & ORDER

IT IS STIPULATED, CONSENTED TO AND AGREED that defendants, Heartland Express Inc. of Iowa, and Benjamin R. Osmon, will concede liability for the happening of the motor vehicle accident of March 25, 2007, but will not concede the question of whether the plaintiff, Barbara Russell, has sustained a "serious injury" in this accident as is required by the New York State "No-Fault" law. Defendants reserve all rights to dispute and defend against plaintiff's claims of injuries and damages.

Dated:    New York, New York
           June 19, 2008

_____
MICHAEL T. RIDGE, ESQ.
LAW OFFICES OF MICHAEL T. RIDGE
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, New York 10451
718-590-5400

BY FAX

_____
JEAN A. DI PAOLO, ESQ. (JD 5907)
LAW OFFICES OF JOHN C. LANE
Attorneys for Defendants
PMB 46013, 140 Broadway, 46th Floor
New York, New York 10005
212-363-8048

SO ORDERED:
_____ USMJ 6/19/08
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York