UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

BARBARA RUSSELL,          :

        Plaintiff,     :   07 Civ. 9878 (GBD) (AJP)

    -against-           :   **ORDER OF DISMISSAL ON CONSENT**

HEARTLAND EXPRESS, INC.   :
& BENJAMIN R. OSMON,
                      :

        Defendants.
                      :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/8/08

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (<u>see</u> attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             August 8, 2008

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    Michael T. Ridge, Esq.
                                     John C. Lane, Esq.
                                     Judge George B. Daniels

C:\ORD\Dismiss.AJP



John C. Lane*†
Peter C. Bobchi**

Jean A. Di Paola*
Katherine M. Romanek*

\* Admitted in NJ & NY
† Also admitted in VA

Paralegals
 Elizabeth C. Brevetti
 Jennifer L. Enberg

Law Offices
**JOHN C. LANE**
The Grace Building
91 Godwin Avenue
Wyckoff, New Jersey 07481
201-848-6000
Fax: 201-848-6808
Email: law@jclane.com
www.thelanelawfirm.com

New York Office:

PMB 46013
140 Broadway, 46th Floor
New York, NY 10005
212-363-8048

Reply to: NJ

August 7, 2008

*Via Facsimile: 212-805-7933*

Honorable Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 1370
500 Pearl Street
New York, New York 10007-1312

> Re: *Barbara Russell v. Heartland Express, Inc., et al.*
> S.D.N.Y., Case No. 1:07 CV 9878 (GBD) (AJP)
> Our File    :    HLE.1858

Dear Judge Peck:

Please allow this correspondence to confirm that we have settled the above-captioned matter for $18,000.00 on today's date. Accordingly, we request that you please cancel the settlement conference scheduled for August 14, 2008 and issue an Order of Dismissal at your earliest convenience.

Thank you for your time and consideration.

Very truly yours,

John C. Lane

JAD:ms

cc: Michael T. Ridge, Esq. (*Via fax 718-681-0285*)
    Hon. George B. Daniels (*Via fax 212-805-6737*)